**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>JEAN-PIERRE, SAM<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-13841 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   DuPage County Courthouse
          505 N. County Farm Road, Courtroom 2000
          Wheaton, Illinois 60187

    on:   **June 27, 2008**
    at:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $            13,063.27

    b. Disbursements                         $                11.39

    c. Net Cash Available for Distribution   $            13,051.88

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $49.83 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $2,090.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $100.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,056.33 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,185.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $632,515.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.20%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 2,783.64 | $ 33.32 |
| 002 | SALLIE MAE INC. | $ 2,138.84 | $ 25.60 |
| 003 | STATE OIL COMPANY | $ 17,924.48 | $ 214.54 |
| 004 | RECOVERY MGMT SYSTEMS CORP | $ 7,154.11 | $ 85.63 |

| | | | |
|---|---|---|---|
| 005 | COMMUNITY SOUTH BANK | $ 601,256.99 | $ 7,196.58 |
| 006 | ADVANTA BANK CORP | $ 1,257.68 | $ 15.05 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: **May 27, 2008**    For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                Page 1 of 2         Date Rcvd: May 27, 2008
Case: 06-13841                 Form ID: pdf002            Total Served: 32

The following entities were served by first class mail on May 29, 2008.
db           +Sam Jean-Pierre,    2075 Maplewood Circle,    Naperville, IL 60563-1982
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David H Cutler,    Cutler & Associates, Ltd.,    5550 W Touhy Ste 400,    Skokie, IL 60077-3253
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
10982465     +ADP,    1734 E Oakton,    Des Plaines, IL 60018-2110
11300927      Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11195723      Advanta Bank Corp,    POB 3001,    Malvern PA 19355-0701
10982466     +Ballys,    12440 E Imperial H Suite 300,    Norwalk, CA 90650-8309
10982467     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10982468     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10982470     +Chase Na,    800 Brooksedge Blv,    Westerville, OH 43081-2822
10982471     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10982472     +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10982474     +Community South,    Small Business Lending Division,    625 S Gay Street, Ste 450,
               Knoxville, TN 37902-1646
10982476     +Gemb/sams Club Dc,    Po Box 981400,    El Paso, TX 79998-1400
10982477     +Guerline Jean-Pierre,    2075 Maplewood Circle,    Naperville, IL 60563-1982
10982478     +ITEL,    2021 N Manheim Rd,    Melrose Park, IL 60160-1003
10982479     +Mid America Federal S&,    1001 S Washington St,    Naperville, IL 60540-7497
10982480     +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19884-0001
10982481     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10982483     +Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
11157190     +Sallie Mae Inc,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
10982489      Sm Servicing,    1.75/Min 8 15 To 4 2000 Bluffs Dr/Pob,    Lawrence, KS 66044
10982492     +State Oil Company,    31366 N Hwy 45,    Libertyville, IL 60048-9444
10982493     +WELL FARGO BANK NA,    PO Box 10438,    Des Moines, IA 50306-0438

The following entities were served by electronic transmission on May 28, 2008.
10982473     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                             Comed,
               Bill Payment Center,    Chicago, IL 60668-0001
11151806     +E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2008 04:02:35
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10982475      E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2008 04:02:35     Discover Fin,    Pob 15316,
               Wilmington, DE 19850
11172441     +E-mail/PDF: rmscedi@recoverycorp.com May 28 2008 04:02:32
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAMS CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11260937      Community South Bank
10982469*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10982482*    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10982484*    +Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10982485*    +Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10982486*    +Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10982487*    +Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10982488*    +Sallie Mae 3rd Pty Lsc,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10982490*     Sm Servicing,    1.75/Min 8 15 To 4 2000 Bluffs Dr/Pob,    Lawrence, KS 66044
10982491*     Sm Servicing,    1.75/Min 8 15 To 4 2000 Bluffs Dr/Pob,    Lawrence, KS 66044
                                                                                      TOTALS: 1, * 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: May 27, 2008
Case: 06-13841                 Form ID: pdf002          Total Served: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2008**               **Signature:** _/s/ Joseph Speetjens_